UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

ABDOUL KOUYATE,　　　　　　　　　　　　}
ON BEHALF OF HIMSELF AND　　　　　　　}
ALL OTHERS SIMILARLY SITUATED,　　　　}
　　　　　　　　　　　　　　　　　　　　}
　　　　　　　　　　　　Plaintiff,　　　　}　　Civil Action, File No.
　　　　　　　v　　　　　　　　　　　　　}　　1:19-cv-00146-RJD-RER
　　　　　　　　　　　　　　　　　　　　}
FORSTER & GARBUS, LLP,　　　　　　　　}
MARK A. GARBUS, AND RONALD FORSTER, }
　　　　　　　　　　　　　　　　　　　　}
　　　　　　　　　　　　Defendants.　　　}

## STIPULATION OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against Defendants with each party to bear its respective attorney's fees and costs incurred in this action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

/s/ *Robert L. Arleo, Esq.*
Robert L. Arleo
Robert L. Arleo Esq.
380 Lexington Avenue
17th Floor
New York, NY 10168
212-551-1115

So Ordered,

s/ Raymond J. Dearie　　　　5/30/19
HON. RAYMOND J. DEARIE
U.S.D.J.